# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROBERT M. VONSON,

          Petitioner

     v.

JOHN J. MARTIN, KIMBERLY D. MARTIN, JANINE EDWARDS & LAW OFFICES OF MARTIN & EDWARDS,

          Respondents

: No. 441 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.